# Court of Appeals
# of the State of Georgia

ATLANTA,  April 30, 2019

*The Court of Appeals hereby passes the following order:*

**A19D0429.  JESUS VIEYRA v. THE STATE.**

Jesus Vieyra, who currently is serving a prison sentence for home invasion and aggravated assault, filed this timely application for discretionary review, seeking to appeal a trial court order that dismissed (a) Vieyra's motion for an out-of-time appeal and (b) his notice of appeal from a prior order denying his motion for an out-of-time appeal.  Neither of these rulings, however, is subject to the discretionary appeal procedures.  See generally OCGA § 5-6-35 (a); see also *English v. State*, 307 Ga. App. 544, 545, n. 4 (705 SE2d 667) (2010) ("The denial of a motion for an out-of-time appeal is directly appealable when the criminal conviction at issue has not been the subject of direct appeal."); *Castleberry's Food Co. v. Smith*, 205 Ga. App. 859, 860 (424 SE2d 33) (1992) (a trial court order dismissing a notice of appeal generally is directly appealable).  Rather, because "the case is no longer pending in the court below," the trial court's order is a final judgment that is directly appealable under OCGA § 5-6-34 (a) (1).

Under OCGA § 5-6-35 (j), this Court will grant a timely discretionary application if the lower court's order is subject to direct appeal.  Accordingly, this application is hereby GRANTED.  Vieyra shall have 10 days from the date of this order to file a notice of appeal with the trial court, if he has not already done so.  The clerk of the trial court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* ___04/30/2019___

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*